KC FILED
DEC 2 0 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 07CR 0859 |
| | ) | |
| v. | ) | Violations: Title 21, |
| | ) | United States Code, |
| MICHAEL LASHAWN HAYWOOD | ) | Section 841(a)(1) |

JUDGE ANDERSEN
MAGISTRATE JUDGE KEYS

### COUNT ONE

THE SPECIAL JUNE 2007 GRAND JURY charges:

On or about December 17, 2003, in the Northern District of Illinois,

MICHAEL LASHAWN HAYWOOD

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, in excess of 50 grams of mixtures containing cocaine base in the form of crack cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO

THE SPECIAL JUNE 2007 GRAND JURY charges:

On or about January 13, 2004, in the Northern District of Illinois,

MICHAEL LASHAWN HAYWOOD

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, in excess of 50 grams of mixtures containing cocaine base in the form of crack cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY