Minute Order Form (rev. 4/99)

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

**KC FILED**
DEC 2 0 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| Name of Assigned Judge or Magistrate Judge | **JUDGE ANDERSEN** | Sitting Judge if Other Than Assigned Judge | **MAGISTRATE JUDGE KEYS** |
|---|---|---|---|
| CASE NUMBER | 04 GJ 1526 | DATE | **DECEMBER 20, 2007** |
| CASE TITLE | US v. MICHAEL LASHAWN HAYWOOD | | **07CR 0859** |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

## GRAND JURY PROCEEDING

The Grand Jury for the _____ **SPECIAL JUNE 2007** _____ Session, a quorum being present,
returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge _____

Docket Entry:

TO ISSUE BENCH WARRANT AND THE GOVERNMENT WILL SEEK TO HAVE

THE DEFENDANT DETAINED WITHOUT BOND PURSUANT TO TITLE 18,

UNITED STATES CODE, SECTION 3142.

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE                                      UNDER SEAL)

| | | | | | Number of notices | DOCKET# |
|---|---|---|---|---|---|---|
| | No notices required, advised in open court. | | | | | |
| | No notices required. | | | | Date docketed | |
| | Notices mailed by judge's staff. | | | | Docketing dpty. initials | |
| | Notified counsel by telephone. | | | | | |
| | Docketing to mail notices | | | | Date mailed notice | |
| | Mail AO 450 form. | | | | Mailing dpty. initials | |
| | Copy to judge/magistrate judge. | | | | | |
| | Courtroom Deputy Initials | | Date/time received in Central Clerk's office | | | |