UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No.   07 CR 859 |
| ) | Magistrate Judge Arlander Keys |
| MICHAEL LASHAWN HAYWOOD ) | |

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Now comes the UNITED STATES OF AMERICA by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, and respectfully represents unto Your Honor that:

Name: MICHAEL LASHAWN HAYWOOD
Date of Birth
Sex:  Male
Prisoner No.  115882

has been and now is, in due form and process of law, detained in the following institution:

Winnebago County Jail
650 West State Street
Rockford, Illinois 61102

Your petitioner further represents to Your Honor that the said prisoner has been charged in the Eastern Division of the Northern District of Illinois with violating Title 21, United States Code, Section 841(a)(1), and is now wanted in such division and district on January 25, 2008, at 9:30 a.m. for arraignment on the indictment on case number 07 CR 859 before MAGISTRATE JUDGE ARLANDER KEYS.

WHEREFORE, your petitioner prays for an Order directing the issuance of a Writ of Habeas Corpus Ad Prosequendum in this behalf directed to the following persons:

UNITED STATES MARSHAL
NORTHERN DISTRICT OF ILLINOIS
CHICAGO, ILLINOIS

WARDEN
WINNEBAGO COUNTY JAIL
650 WEST STATE STREET
ROCKFORD, ILLINOIS 61102

commanding them to produce the body of the said prisoner before this Court at said time and on said date, and that when the said prisoner shall be so produced pursuant to said Writ, and that MICHAEL LASHAWN HAYWOOD shall not be returned to said institution from which he was brought until further order of this Court.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: _____
MICHAEL O. LANG
Assistant U. S. Attorney

Dated: January 9, 2008