# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Judge Andersen | Sitting Judge if Other than Assigned Judge | Arlander Keys |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 859 | **DATE** | 1/9/2008 |
| **CASE TITLE** | USA vs. Haywood | | |

**DOCKET ENTRY TEXT**

The Government's Petition for Writ of Habeas Corpus Ad Prosequendum is granted. The Warden at Winnebago County Jail and the U.S. Marshal is comanded to produce the body of Michael Haywood on 1/25/08 at 9:30 a.m. before this Court for arraignment. He shall be returned to said institution from which he was brought until further order of this Court.

See attached order for further detail.

Docketing to mail notices.

Writ used to USM 1-11-08 EMB

| | Courtroom Deputy Initials: | AC |
|---|---|---|