UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | No.   07 CR 859 |
| ) | Magistrate Judge Arlander Keys |
| MICHAEL LASHAWN HAYWOOD ) | |

ORDER

On petition of the UNITED STATES OF AMERICA and it appearing to the Court that:

Name: MICHAEL LASHAWN HAYWOOD
Date of Birth:
Sex:  Male
Prisoner No.:

has been and now is, in due process of law, incarcerated in the following institution:

Winnebago County Jail
650 West State Street
Rockford, Illinois 61102

and that said defendant is charged in the above-captioned case with violating Title 21, United States Code, Section 841(a)(1), and that said defendant should appear in this case in the United States District Court at Chicago, Illinois at 9:30 a.m. on January 25, 2008, for arraignment before Magistrate Judge Arlander Keys.

IT IS THEREFORE ORDERED that the following persons:

UNITED STATES MARSHAL
NORTHERN DISTRICT OF ILLINOIS
CHICAGO, ILLINOIS

WARDEN
WINNEBAGO COUNTY JAIL

650 WEST STATE STREET
ROCKFORD, ILLINOIS 61102

bring or cause to be brought before this Court, on January 25, 2008, at 9:30 a.m., in the United States Court House in Chicago, Illinois, Courtroom 2230, 219 S. Dearborn, Chicago, IL, the body of the defendant Michael LaShawn Haywood; and that a Writ of Habeas Corpus Ad Prosecuendum, directed to said persons, so commanding them, be issued by the Clerk of this Court.

ENTER:

_____
MAGISTRATE JUDGE ARLANDER KEYS

DATED at Chicago, Illinois
this  9  th day of January, 2008