# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Judge Andersen | Sitting Judge if Other than Assigned Judge | Arlander Keys |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 859 | **DATE** | 1/25/2008 |
| **CASE TITLE** | USA vs. Haywood | | |

**DOCKET ENTRY TEXT**

Arraignment held. The defendant enters plea of Not Guilty to the Indictment. 16.1A conference to be held by 2/1/08. Pretrial motions to be filed by 2/15/08. . Status hearing set before Judge Andersen on 2/28/08 at 10:00 a.m. Time is excluded pursuant to 18:3161(h)(1).

xt1

Docketing to mail notices.

| | Courtroom Deputy Initials: | AC |
|---|---|---|