UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

UNITED STATES OF AMERICA
                              Plaintiff,

v.                                          Case No.: 1:07−cr−00859
                                            Honorable Wayne R. Andersen

Michael Lashawn Haywood
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 19, 2008:

    MINUTE entry before the Honorable Wayne R. Andersen:as to Michael Lashawn Haywood, ( Status hearing reset for 5/22/2008 at 09:15 AM.) Status hearing set for 5/21/2008 is stricken. Time is hereby excluded to 5/22/2008 pursuant to 18:3161(h)(1)(F). Mailed notice (tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.