## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

UNITED STATES OF AMERICA

                      Plaintiff,

v.                                   Case No.: 1:07–cr–00859
                                   Honorable Wayne R. Andersen

Michael Lashawn Haywood

                      Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 22, 2008:

      MINUTE entry before the Honorable Wayne R. Andersen:Status hearing held on 5/22/2008. Change of Plea Hearing set for 5/23/2008 at09:30 AM.Pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. 3161(h)(1)(I) time is excluded from 5/22/2008 to 5/23/2008, due to consideration of a proposed plea agreement. Mailed notice (tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.