# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Wayne R. Andersen | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 7 CR 859 | **DATE** | 5/28/2008 |
| **CASE TITLE** | United States of America vs. Michael Haywood | | |

**DOCKET ENTRY TEXT**

Status hearing held. Defendant enters a plea of guilty as to count one (1). Court enters judgment of guilty on the plea. Order cause referred to the probation office for presentence investigation. Sentencing set for 11/8/2008 at 10:30 am.

Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | TSA |
|---|---|---|