```
                      IN THE
            UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF ILLINOIS
                  EASTERN DIVISION

UNITED STATES OF AMERICA    )
                            )
                            )
            V.              )  No. 07 CR 859
                            )  Judge Wayne Andersen
MICHAEL HAYWOOD             )
```

## MOTION TO WITHDRAW

Defendant MICHAEL HAYWOOD, by the Federal Defender Program and its attorney JOHN F. MURPHY, moves this Court for entry of an order permitting the Federal Defender Program and Mr. Murphy to withdraw as counsel for Mr. Haywood. In support of this motion, the defendant states as follows:

1. Mr. Haywood pled guilty before this Court on May 28, 2008. The sentencing hearing is set for October 9, 2008 at 11:00 a.m.

2. Subsequent to the change of plea, a conflict within the Federal Defender Program arose which prevents continued representation by any staff attorney in the Federal Defender Program.

4. Defense counsel has spoken to Mr. James Tunick of the Criminal Defense Panel. In the event, this Court grants this motion, Mr. Tunick has indicated his willingness to accept an immediate appointment as Mr. Haywood's attorney. Counsel sincerely believes both the interests of justice as well as judicial efficiency justify the granting of this motion.

WHEREFORE, for the foregoing reasons, the defendant and defense counsel respectfully request that this Court permit defense counsel to withdraw as attorney.

                                    Respectfully Submitted,

                                    FEDERAL DEFENDER PROGRAM
                                    Terrence F. MacCarthy
                                    Executive Director

                            By: <u>s/John F. Murphy</u>
                                    John F. Murphy
                                    Attorney for Defendant

FEDERAL DEFENDER PROGRAM
55 E. Monroe St.
Suite 2800
Chicago, IL 60603
(312)621-8352