IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| | ) |
| v. | ) No. 07 CR 859 |
| | ) Judge Wayne R. Andersen |
| | ) |
| | ) |
| MICHAEL HAYWOOD | ) |

**NOTICE OF MOTION**

TO:   Michael Lang
　　　Assistant United States Attorney
　　　219 S. Dearborn Street, Fifth Floor
　　　Chicago, IL  60604

　　Please take notice that on the Thursday, September 11, 2008, at 10:00 a.m., we shall appear before the Honorable Wayne R. Andersen at the Dirksen Federal Building, 219 S. Dearborn Street, courtroom 1403 , and shall present the attached motion.

–　　MOTION TO WITHDRAW

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　FEDERAL DEFENDER PROGRAM
　　　　　　　　　　　　　　　　　　　　　　Terence F. MacCarthy
　　　　　　　　　　　　　　　　　　　　　　Executive Director

　　　　　　　　　　　　　　　　　　　　　　By: s/John F. Murphy
　　　　　　　　　　　　　　　　　　　　　　　 *Attorney for defendant Michael Haywood*

JOHN F. MURPHY
FEDERAL DEFENDER PROGRAM
55 E. Monroe, Suite 2800
Chicago, IL  60603
(312) 621-8352