**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

UNITED STATES OF AMERICA
                                           Plaintiff,

v.                                         Case No.: 1:07−cr−00859
                                           Honorable Wayne R. Andersen

Michael Lashawn Haywood
                                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, September 11, 2008:

    MINUTE entry before the Honorable Wayne R. Andersen:Motion to withdraw as attorney [15] is granted. John Murphy is given leave to withdraw his appearance on behalf of defendant Michael Lashawn Haywood (1). James Tunick is given leave to file his appearance on behalf of defendant Haywood. Mailed notice (tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.